UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23006-CIV-ALTONAGA/Reid

**NIGEL FRANK DE LA TORRE PARDO**,

    Plaintiff,

v.

**THE ANVIL 14654 INC.**; *et al.*,

    Defendant.

_____/

**ORDER REQUIRING SCHEDULING REPORT
AND CERTIFICATES OF INTERESTED PARTIES**[1]

The parties are directed to prepare and file a joint scheduling report, as required by Local Rule 16.1, by **September 9, 2024**. In addition, by **September 9, 2024**, the parties, including governmental parties, must file certificates of interested parties and corporate disclosure statements that contain a complete list of persons, associated persons, firms, partnerships, or corporations that have a financial interest in the outcome of this case, including subsidiaries, conglomerates, affiliates, parent corporations, and other identifiable legal entities related to a party. Throughout the pendency of the action, the parties are under a continuing obligation to amend, correct, and update the certificates.

**DONE AND ORDERED** in Miami, Florida, this 9th day of August, 2024.

*(signature)*
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

---

[1] The parties must not include Chief Judge Altonaga and U.S. Magistrate Judge Reid as interested parties unless they have an interest in the litigation.