**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-23006-CMA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

THE ANVIL 14654 INC. and PRESOUTH,
INC. d/b/a DELORIS FLORIST & GIFT
SHOP,

    Defendants.
_____/

**PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order on Interested Parties and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

    Nigel Frank De La Torre Pardo (Plaintiff)

    Anthony J. Perez Law Group, P.L.L.C. (Counsel for Plaintiff)

    Anthony J. Perez, Esq. (Counsel for Plaintiff)

    Pablo Baez, AccesAble. (Plaintiff's Expert)

    THE ANVIL 14654 INC. (Defendant)

    Victoria Bonitto (President for THE ANVIL 14654 INC.)

    PRESOUTH, INC. d/b/a DELORIS FLORIST & GIFT SHOP (Defendant)

    Melvin Lowe (Director, President, Secretary for PRESOUTH, INC. d/b/a DELORIS FLORIST & GIFT SHOP)

    Tangela Jones Evans (Chief Operating Officer for PRESOUTH, INC. d/b/a DELORIS FLORIST & GIFT SHOP)

    Ottis Nacole McCoy (Vice President for PRESOUTH, INC. d/b/a DELORIS FLORIST & GIFT SHOP)

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    None, other than the Defendants.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

    Nigel Frank De La Torre Pardo (Plaintiff)

5. Undersigned counsel certifies that he is unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Respectfully submitted this August 21, 2024.

            **ANTHONY J. PEREZ LAW GROUP, PLLC**
            *Attorneys for Plaintiff*
            7950 w. Flagler Street, Suite 104
            Miami, Florida 33144

Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By: ___/s/_Anthony J. Perez_____
ANTHONY J. PEREZ
Florida Bar No.: 535451

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this August 21, 2024, the foregoing document is being served on all counsel of record.

Respectfully submitted,

**ANTHONY J. PEREZ LAW GROUP, PLLC**
*Attorneys for Plaintiff*
7950 w. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
Secondary E-Mails: jr@ajperezlawgroup.com

By: ___/s/_Anthony J. Perez_____
ANTHONY J. PEREZ