UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-23006-CIV-ALTONAGA/Reid

**NIGEL FRANK DE LA TORRE PARDO**,

    Plaintiff,
v.

**THE ANVIL 14654 INC**; *et al.*,

    Defendants.
_____/

## ORDER ON DEFAULT PROCEDURE

**THIS CAUSE** came before the Court *sua sponte*. On August 8 and 9, 2024, respectively, Plaintiff, Nigel Frank De La Torre Pardo served a copy of the Summons [ECF No. 3] and Complaint [ECF No. 1] on Defendants, Presouth, Inc. and The Anvil 14654 Inc. (*See* Returns of Service [ECF Nos. 4, 7]). To date, neither Defendant has answered or otherwise responded.

Accordingly, it is

**ORDERED** that Plaintiff shall submit a *motion for entry of Clerk's defaults* no later than **September 6, 2024**, that includes the certificates of service indicating that notices were sent to Defendants, including the addresses to which they were sent. Plaintiff's failure to file the *motion for entry of Clerk's defaults* within the specified time may result in a **dismissal** without prejudice and without further notice.

**DONE AND ORDERED** in Miami, Florida, this 3rd day of September, 2024.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record