UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:24-cv-23006-CMA

NIGEL FRANK DE LA TORRE PARDO,

  Plaintiff,

v.

THE ANVIL 14654 INC. and PRESOUTH,
INC. d/b/a DELORIS FLORIST & GIFT
SHOP,
  Defendants.
_____/

## JOINT PROPOSED SCHEDULING ORDER

| Date | Event |
|---|---|
| October 4, 2024 | Parties shall exchange initial disclosures. |
| November 4, 2024 | Parties shall select a mediator and schedule a time and place for mediation. |
| October 4, 2024 | Amendment to pleadings and additional parties. |
| November 4, 2024 | Plaintiff shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| November 18, 2024 | Defendants shall disclose experts, expert witness summaries and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| December 4, 2025 | The parties shall exchange rebuttal expert witnesses and reports, as required by Federal Rule of Civil Procedure 26(a)(2). |
| February 7, 2025 | All discovery, including expert discovery, shall be completed. |
| February 28, 2025 | Mediation shall be completed. |
| March 28, 2025 | Deadline for dispositive pre-trial motions and Daubert motions (which include motions to strike experts). |
| April 24, 2025 | Deadline for submission of joint pre-trial stipulation, proposed jury instructions and verdict form, or proposed findings of fact and conclusions of law, as applicable. |
| May 12, 2025 | Beginning of Trial Period. |

Dated: September 9, 2024

| | |
|---|---|
| */s/* Anthony J. Perez | /s/Kenneth L. Minerley |
| ANTHONY J. PEREZ, ESQ. | KENNETH L. MINERLEY, ESQ. |
| Florida Bar No.: 535451 | Florida Bar No. 0521840 |
| E-Mail: ajp@ajperezlawgroup.com | E-Mail : ken@minerleyfein.com |
| ANTHONY J. PEREZ LAW GROUP, PLLC | MINERLEY FEIN, P.A. |
| 7950 W. Flagler Street, Suite 104 | 1200 N. Federal Highway, Suite 420 |
| Miami, Florida 33144 | Boca Raton, Florida 33432 |
| Telephone: (786) 361-9909 | Phone: (561) 362-6699 |
| Facsimile: (786) 687-0445 | Fax: (561) 447-9884 |
| *Counsel for Plaintiff* | *Counsel for Defendant, The Anvil 14654, Inc.* |